**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>**JUSTIN T. QUINN**<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER FEDERAL<br>BUILDING & U.S. COURTHOUSE<br>402 EAST STATE STREET<br>TRENTON, N.J. 08608<br>609-989-2144 |

August 13, 2024

**LETTER OPINION**

Re:  *Lopez v. Credit Union of New Jersey*
<u>Civil Action No. 23-02659 (ZNQ) (JTQ)</u>

Dear counsel:

On June 11, 2024, this Court conducted an initial scheduling conference for the purpose of setting a discovery schedule. A Scheduling Order was entered shortly thereafter. (ECF No. 32). Defendant now asks the Court to stay discovery, arguing that good cause exists for the entry of a stay. The Court is not persuaded and concludes that the relevant factors do not weigh in favor of suspending discovery. *See Udeen v. Subaru of Am., Inc.*, 378 F. Supp. 3d 330, 332 (D.N.J. 2019). This is particularly true here since Judge Quraishi already deemed one of Plaintiff's claims sufficiently plausible to withstand Defendant's Rule 12 challenges.

For these reasons, Defendant's stay request is denied.

**SO ORDERED.**

<u>**s/ Justin T. Quinn**</u>
**Hon. Justin T. Quinn, U.S.M.J.**